AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

MAURICE PATRICK

    Plaintiff,

        v.

PITNEY BOWES, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-100-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's Motion to Dismiss (Ct. Rec. 12) is GRANTED and Plaintiff's Complaint and claims contained therein are dismissed with prejudice and to close the file.

| August 23, 2007 | JAMES R. LARSEN |
|---|---|
| Date | Clerk |
| | s/ Cheryl Switzer |
| | (By) Deputy Clerk |
| | Cheryl Switzer |